1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASITY JONES,<br><br>Defendant. | No.  **CV 23-1284**<br>[CR 02-1229-ER -1]<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**[OPEN BANK]**<br><br>**[28 U.S.C. § 3205(c)(1)]** |
|---|---|

TO GARNISHEE OPEN BANK:

The United States has filed an application for a writ of continuing garnishment against the nonexempt funds, assets, and/or property of defendant-judgment debtor Chasity Jones ("Defendant"), in the possession, custody, or control of garnishee Open Bank ("Garnishee"). This writ of continuing garnishment is an enforcement action by the United States against Defendant in connection with the criminal judgment debt entered in *United States v. Chasity Jones*, CR 02-1229-ER-1, by the United States District Court for the Central District of California.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against Defendant as to Garnishee for Defendant's nonexempt funds, assets, and/or property in the possession, custody, or control of Garnishee.

(2) On or about March 18, 2004, the Court imposed the following criminal judgment debt against Defendant:

- Restitution: $182,969.00 plus interest, if applicable;
- Special assessment: $100.00.

(3) As of February 16, 2023, the principal balance of Defendant's criminal debt is $115,579.73.

(4) The name and addresses of Garnishee or Garnishee's authorized agent is:

> **Open Bank**
> **Attn: Min J. Kim**
> **1000 Wilshire Blvd. #500**
> **Los Angeles, CA 90017**

(5) The address for plaintiff United States of America is:

> United States Attorney's Office
> Asset Forfeiture and Recovery Section
> Federal Building, Suite 7516
> 300 N. Los Angeles Street
> Los Angeles, California 90012

(6) Defendant's Social Security Number is: ***-**-2201. Defendant's last known address is in Los Angeles, California.

(7)   Counsel for plaintiff United States of America is:

>    Robert I. Lester, Assistant United States Attorney
>    Federal Building, Suite 7516
>    300 North Los Angeles Street
>    Los Angeles, California 90012

Pending further and final order from the Court, Garnishee is ordered to withhold and retain any funds, assets, and/or property of Defendant in the possession, custody, or control of Garnishee, beginning immediately until further order from the Court. 28 U.S.C. § 3205(c)(2)(F).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A)   Whether Garnishee has possession, custody, or control of any property of Defendant;

(B)   What is a description of the property and the value thereof;

(C)   Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D)   Whether Garnishee anticipates owing any debt to Defendant in the future.

**GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012.** Additionally, Garnishee is required to serve a copy of the answer on Defendant, on the attorney for plaintiff United States of America: Robert I. Lester, Assistant United States Attorney, Asset Forfeiture and Recovery Section, Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, California 90012, and on any interested party.

///

///

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody, or control of Garnishee is exhausted;

(c) Plaintiff United States has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED:  February __, 2023.

_____
CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK